1 | Jeffrey A. Feldman - Bar No. 154440
jeffrey@jeffreyfeldman.com
2 | Thomas H. Porter - Bar No. 178998
tom@jeffreyfeldman.com
3 | Law Offices of Jeffrey A. Feldman
425 California Street, Suite 2025
4 | San Francisco, CA 94104
Telephone:    (415) 391-5555
5 | Facsimile:    (415) 391-8888

6 | Attorneys for Alvarado Plaintiffs

7 | [Additional Counsel for Plaintiffs appear on signature page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM AMBROSIO et al., | CASE NO.  3:11-cv-04956-RS |
| Plaintiffs, | |
| v. | **JOINT STIPULATED REQUEST FOR ORDER ESTABLISHING BRIEFING SCHEDULE AND HEARING DATE RELATING TO DEFENDANT'S MOTIONS TO DISMISS AND MOTIONS TO STRIKE** |
| CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030 and DOES 1 through 100, inclusive, | |
| Defendants. | |
| MICHAEL ALVARADO et al., | CASE NO.   3:11-cv-04957-RS |
| Plaintiffs, | |
| v. | |
| CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030, and DOES 1-100, inclusive, | |
| Defendants. | |

1

| | |
|---|---|
| WILLIAM JAMISON et al., | CASE NO.   3:11-cv-04958-RS |
| Plaintiffs, | |
| v. | |
| CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030 and DOES 1 through 100, inclusive, | |
| Defendants. | |

Plaintiffs William Ambrosio et al., Case No. 3:11-cv-04956-RS, by and through their counsel of record, George Donaldson from the Law Office of George Donaldson;

Plaintiffs Michael Alvarado, et al., Case No. 3:11-cv-04957-RS, by and through their counsel of record, Jeffrey A. Feldman from the Law Offices of Jeffrey A. Feldman;

Plaintiffs William Jamison, et al., Case No. 3:11-cv-04958-RS, by and through their counsel of record, Val Hornstein from the Hornstein Law Offices; and

Defendant Brit UW Limited ("Brit"), Case Numbers 3:11-cv-04956-RS, 3:11-cv-04957-RS, 3:11-cv-04958-RS, by and through its counsel of record, Michael L. Fox of Sedgwick LLP, hereby stipulate as follows:

WHEREAS Defendant Brit has filed Motions to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) with respect to Plaintiffs' respective Complaints filed in the above captioned cases, which cases were removed from Marin County Superior Court to the United States District Court, Northern District of California, on or about October 7, 2011;

WHEREAS Defendant has also filed Motions to Strike pursuant to Federal Rule of Civil Procedure 12(f) with respect to Plaintiffs' prayer for punitive damages in each of the above referenced cases;

WHEREAS the parties entered into a Joint Stipulation to Relate Cases as to the following

matters: *William Ambrosio et al. v. Certain Underwriters at Lloyd's*, Case Number 3:11-cv-04956-RS, *Michael Alvarado, et al. v. Certain Underwriters at Lloyd's*, Case Number 3:11-cv-04957-RS, and *William Jamison, et al. v. Certain Underwriters at Lloyd's*, Case Number 3:11-cv-04958-RS;

WHEREAS the Court has granted the administrative motion to relate these cases, and each of the above referenced cases in now assigned to the Honorable Judge Seeborg;

WHEREAS attorneys for Plaintiffs and Defendant in these matters now desire to establish a hearing date relating to Defendants' Motions to Dismiss and Motions to Strike filed in each case, and establish a revised briefing schedule relating thereto, including the filing of a joint opposition by Plaintiffs in order to eliminate unnecessary duplication of labor and cost; and

WHEREAS there have been no previous time modifications in this case and the Stipulation between the parties will have no effect on the schedule for the case;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties that, subject to the Court's approval, the hearing relating to Defendants' Motions to Dismiss and Motions to Strike filed in the three cases will be scheduled for ~~December 15, 2011~~ January 5, 2012 at 1:30 pm; Plaintiffs' joint opposition papers to Defendant's motions will be due ~~November 14, 2011~~ December 5, 2011; and Defendants' Reply papers will be due ~~November 28, 2011~~ December 19, 2011.

DATED: October 24, 2011                LAW OFFICES OF GEORGE DONALDSON

                                       By: /s/ George Donaldson
                                           George Donaldson
                                           Attorneys for *Ambrosio* Plaintiffs
                                           Case No. 3:11-cv-04956-RS

//
//
//

| | | |
|---|---|---|
| 1 | DATED: October 24, 2011 | LAW OFFICES OF JEFFREY A. FELDMAN |
| 2 | | |
| 3 | | By: /s/ Jeffrey A. Feldman |
| | | Jeffrey A. Feldman |
| 4 | | Attorneys for *Alvarado* Plaintiffs |
| | | Case No. 3:11-cv-04957-RS |

DATED: October 24, 2011                HORNSTEIN LAW OFFICES

By: /s/ Val Hornstein
Val Hornstein
Attorneys for *Jamison* Plaintiffs
Case No. 3:11-cv-04958-RS

DATED: October 24, 2011                SEDGWICK LLP

By: /s/ Michael L. Fox
Michael L. Fox
Attorneys for Defendant Brit UW Limited
(sued as Certain Underwriters at Lloyd's)

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: October __24__, 2011            _____
Hon. Richard Seeborg, Judge
United States District Court

Joint Stipulation Re Briefing Schedule                                  3:11-cv-04956-RS