**SEDGWICK LLP**
Ralph A. Guirgis (State Bar. No. 143262)
ralph.guirgis@sedgwicklaw.com
Michael L. Fox (State Bar No. 173355)
michael.fox@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone:    415.781.7900
Facsimile:    415.781.2635

Attorneys for Defendant
BRIT UW LIMITED
(sued as "Certain Underwriters at Lloyd's
Under Policy No. B0146LDUSA701030")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM AMBROSIO et al.<br><br>        Plaintiffs,<br><br>    v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030 and DOES 1 through 100, inclusive,<br><br>        Defendants. | CASE NO.   3:11-cv-04956-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCES IN RELATED CASES**<br><br>Hon. Richard Seeborg<br><br>Currently Scheduled Date: January 26, 2011<br><br>Proposed New Date: February 2, 2012 |
| MICHAEL ALVARADO, et al.<br><br>        Plaintiffs,<br><br>    v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030, and DOES 1-100, inclusive,<br><br>        Defendants. | CASE NO.   3:11-cv-04957-RS |

-1-
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCES IN RELATED CASES
3:11-cv-04956-RS

SF/2585802v1

| | |
|---|---|
| WILLIAM JAMISON et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030 and DOES 1 through 100, inclusive,<br><br>        Defendants. | CASE NO. 3:11-cv-04958-RS |

    Plaintiffs William Ambrosio, et al., Case Number 3:11-cv-04956-RS, by and through their counsel of record, George Donaldson from the Law Office of George Donaldson;

    Plaintiffs Michael Alvarado, et al., Case Number 3:11-cv-04957-RS, by and through their counsel of record, Jeffrey A. Feldman from the Law Offices of Jeffrey A. Feldman;

    Plaintiffs William Jamison, et al., Case Number 3:11-cv-04958-RS, by and through their counsel of record, Val Hornstein from the Hornstein Law Offices; and

    Defendant Brit UW Limited ("Brit"), Case Numbers 3:11-cv-04956-RS, 3:11-cv-04957-RS, 3:11-cv-04958-RS, by and through its counsel of record, Michael L. Fox of Sedgwick LLP, hereby stipulate as follows:

    WHERAS, the Court has granted the administrative motion to relate cases, and each of the above-referenced cases is now assigned to the Honorable Richard Seeborg and set for a Case Management Conference on January 26, 2012, at 10:00 a.m.;

    WHEREAS, Michael L. Fox, lead counsel for Brit, has a scheduling conflict on January 26, 2012, and respectfully requests that the Case Management Conferences in these related matters be rescheduled to February 2, 2012; and

    WHEREAS, counsel for the parties have met and conferred and agreed to continue the Case Management Conferences to February 2, 2012.

    NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel and subject to the Court's approval, that the Case Management Conferences in these related matters be rescheduled to February 2, 2012, at 10:00 am. Not later

than seven days prior thereto, the parties shall file a Joint Case Management Statement pursuant to Standing Order Re: Initial Case Management *(available at http://www.cand.uscourts.gov/pages/424).*

IT SO STIPULATED.

DATED:  November 4, 2011          SEDGWICK LLP

By: /s/ Michael L. Fox
    Michael L. Fox
    Attorneys for Defendant
    BRIT UW LIMITED
    (sued as "Certain Underwriters at Lloyd's
    Under Policy No. B0146LDUSA701030")

DATED:  November 4, 2011          Law Office of George Donaldson

By: /s/ George Donaldson
    George Donaldson
    Attorneys for Plaintiffs
    William Ambrosio, et al., Case No. 3:11-cv-04956-RS

DATED:  November 4, 2011          Hornstein Law Offices

By: /s/ Val Hornstein
    Val Hornstein
    Attorneys for Plaintiffs
    William Jamison, et al. Case No. 3:11-cv-04958-RS

DATED:  November 4, 2011          Law Offices of Jeffrey A. Feldman

By: /s/ Jeffrey A. Feldman
    Jeffrey A. Feldman
    Attorneys for Plaintiffs
    Michael Alvarado, et al. Case No. 3:11-cv-04957-RS

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November  4 , 2011         By: _____
                                      The Honorable Richard Seeborg
                                      U.S. District Court Judge, Northern District of California

-3-
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCES IN RELATED CASES
3:11-cv-04956-RS

SF/2585802v1