*E-Filed 12/19/11*

1 | **SEDGWICK LLP**
Ralph A. Guirgis (State Bar. No. 143262)
ralph.guirgis@sedgwicklaw.com
Michael L. Fox (State Bar No. 173355)
michael.fox@sedgwicklaw.com
Jamison R. Narbaitz (State Bar No. 219339)
jamison.narbaitz@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone:    415.781.7900
Facsimile:    415.781.2635

Attorneys for Defendant
BRIT UW LIMITED
(sued as "Certain Underwriters at Lloyd's
Under Policy No. B0146LDUSA701030")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM AMBROSIO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030 and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO.  3:11-cv-04956-RS <br><br> **JOINT STIPULATION (1) TO RELATE CASES PURSUANT TO CIVIL L.R. 3-12, AND (2) FOR AN ORDER ADOPTING THE SAME BRIEFING SCHEDULE AND HEARING DATE FOR ALL OF DEFENDANTS' MOTIONS TO DISMISS AND MOTIONS TO STRIKE** |
| MICHAEL ALVARADO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030, and DOES 1-100, inclusive, <br><br> Defendants. | CASE NO.  3:11-cv-04957-RS |

| | | |
|---|---|---|
| 1 | WILLIAM JAMISON, *et al.*, | CASE NO. 3:11-cv-04958-RS |
| 2 | Plaintiffs, | |
| 3 | v. | |
| 4 | CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030 and DOES 1 through 100, inclusive, | |
| 5 | | |
| 6 | | |
| 7 | Defendants. | |
| 8 | WOOD RIVER CAPITAL RESOURCES, LLC, *et al.*, | CASE NO. 3:11-cv-5759-RS |
| 9 | Plaintiffs, | |
| 10 | v. | |
| 11 | CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030 and DOES 1 through 100, | |
| 12 | | |
| 13 | | |
| 14 | Defendants. | |
| 15 | HENRY JAMES ANDERSON, *et al.* | CASE NO. 3:11-cv-5760-RS |
| 16 | Plaintiffs, | |
| 17 | v. | |
| 18 | CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030 and DOES 1 through 100, inclusive, | |
| 19 | | |
| 20 | Defendants. | |
| 21 | ROSEVILLE CAPITAL RESOURCES, LLC; *et al.*, | CASE NO. 3:11-cv-5761-RS |
| 22 | | |
| 23 | Plaintiffs, | |
| 24 | v. | |
| 25 | CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030 and DOES 1 through 100, inclusive, | |
| 26 | | |
| 27 | | |
| 28 | Defendants. | |

-2-
JOINT STIPULATION (1) TO RELATE CASES PURSUANT TO L.R. 3-12; AND (2) FOR AN ORDER ADOPTING SAME BRIEFING SCHEDULE AND HEARING DATE FOR ALL OF DEFENDANTS' MOTIONS TO DISMISS AND STRIKE
3:11-cv-04956-RS

SF/2635722v1

| | |
|---|---|
| DEAN G. NOWACKI; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030 and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO.  4:11-cv-6366-LB |
| OAKDALE HEIGHTS REDDING 1, LLC; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030 and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO.  3:11-cv-6368-JCS |

Plaintiffs William Ambrosio, *et al.*, Case Number 3:11-cv-04956-RS, by and through their counsel of record, George Donaldson, Esq. from the Law Office of George Donaldson;

Plaintiffs Michael Alvarado, *et al.*, Case Number 3:11-cv-04957-RS, by and through their counsel of record, Jeffrey A. Feldman, Esq. from the Law Offices of Jeffrey A. Feldman;

Plaintiffs William Jamison, *et al.*, Case Number 3:11-cv-04958-RS, by and through their counsel of record, Val Hornstein, Esq. from the Hornstein Law Offices;

Plaintiffs Wood River Capital Resources, LLC, *et al.*, Case Number 3:11-cv-05759-RS, by and through their counsel of record, Jeffery J. Swanson, Esq. from the Law Offices of Jeffery J. Swanson;

Plaintiffs Henry James Anderson, *et al.*, Case Number 3:11-cv-5760-RS, by and through their counsel of record, Richard S. Miller, Esq. from the Law Offices of Richard S. Miller;

Plaintiffs Roseville Capital Resources, LLC, *et al.*, Case Number 3:11-cv-5761-RS, by and through their counsel of record, Troy A. Thielemann, Esq. from Cappello & Noel LLP;

Plaintiffs Dean G. Nowacki, *et al.*, Case Number 4:11-cv-6366-LB, presently before the Honorable Laurel Beeler, by and through their counsel of record, Patrick L. Deedon, Esq. from Maire & Burgess;

Plaintiffs Oakdale Heights Redding 1, LLC, *et al.*, Case Number 3:11-cv-6368-JCS, presently before the Honorable Joseph C. Spero, by and through their counsel of record, Patrick L. Deedon, Esq. from Maire & Burgess; and

Defendant Brit UW Limited ("Brit"), Case Numbers 3:11-cv-04956-RS; 3:11-cv-04957-RS; 3:11-cv-04958-RS; 3:11-cv-05759-RS; 3:11-cv-5760-RS; 3:11-cv-5761-RS; 4:11-cv-6366-LB; and 3:11-cv-6368-JCS, by and through its counsel of record, Michael L. Fox, Esq. of Sedgwick LLP, hereby stipulate as follows:

The six actions filed by Plaintiffs William Ambrosio, *et al.*, Michael Alvarado, *et al.*, William Jamison, *et al.*, Wood River Capital Resources, LLC, *et al.*, Henry James Anderson, *et al.*, and Roseville Capital Resources, LLC, *et al.* (collectively "the Related Cases") have been deemed related and are pending before the Honorable Richard Seeborg because all six concern substantially the same parties, events and request for relief, so assignment to separate judges would have involved unnecessary duplication of labor, cost and conflicting results. (ECF No. 22 in Case No. 3:11-cv-04956-RS.)

Similarly, the two actions filed by Plaintiffs Dean G. Nowacki, *et al.* and Oakdale Heights Redding 1, LLC, *et al.* (collectively "the New Cases") were removed to the Northern District of California on December 15, 2011. Both of the New Cases concern substantially the same parties, events and request for relief as each of the other New Cases and the Related Cases. Therefore, assignment to separate judges would involve unnecessary duplication of labor, cost and conflicting results.

Therefore, the parties, by and through their counsel of record, stipulate that the New Cases should be related to each other and to the Related Cases, with the earliest filed case, pursuant to Civil L.R. 3-12.

1  Brit has already filed Motions to Dismiss pursuant to Federal Rule of Civil Procedure
2  12(b)(6) and Motions to Strike pursuant to Federal Rule of Civil Procedure 12(f) in the Related
3  Cases. The Court has already set the following briefing schedule for those motions: (1) the
4  hearing on the Motions to Dismiss and the Motions to Strike filed in the six related cases is
5  scheduled for February 2, 2012, at 1:30 p.m.; (2) Plaintiffs' opposition papers to Brit's motions
6  will be due January 3, 2012; and (3) and Brit's reply papers will be due January 17, 2012. (ECF
7  No. 22 in Case No. 3:11-cv-04956-RS.)

8  Brit anticipates filing similar Motions to Dismiss and/or Motions to Strike in the New
9  Cases. Plaintiffs and Brit desire to establish a single hearing date relating to Defendants'
10  Motions to Dismiss and Motions to Strike filed in the New Cases and the Related Cases, to allow
11  for the filing of coordinated and/or joint opposition papers by Plaintiffs, to the extent possible, in
12  order to eliminate unnecessary duplication of labor and cost. If Brit files its motions on or before
13  December 20, 2011, the New Cases can adopt the same briefing schedule and hearing date as
14  already set in the Related Cases (ECF No. 22 in Case No. 3:11-cv-04956-RS), without any
15  modification.

16  Therefore, the parties, by and through their counsel of record, further stipulate, subject to
17  the Court's approval, that (1) Brit shall file its Motions to Dismiss and/or Motions to Strike in the
18  New Cases no later than December 20, 2011; (2) the hearing for the Motions to Dismiss and the
19  Motions to Strike filed in all eight cases will be scheduled for February 2, 2012, at 1:30 p.m.; (3)
20  Plaintiffs' opposition papers to Brit's motions will be due January 3, 2012; and (4); and Brit's
21  reply papers will be due January 17, 2012.

22  IT SO STIPULATED.

24  DATED: December 16, 2011         SEDGWICK LLP

25                                   By: /s/ Michael L. Fox
                                        Michael L. Fox
26                                      Attorneys for Defendant
                                        BRIT UW LIMITED
27                                      (sued as "Certain Underwriters at Lloyd's
                                        Under Policy No. B0146LDUSA701030")
28
-5-
JOINT STIPULATION (1) TO RELATE CASES PURSUANT TO L.R. 3-12; AND (2) FOR AN ORDER ADOPTING SAME
BRIEFING SCHEDULE AND HEARING DATE FOR ALL OF DEFENDANTS' MOTIONS TO DISMISS AND STRIKE
3:11-cv-04956-RS
SF/2635722v1

| | | |
|---|---|---|
| 1 | DATED:  December 16, 2011 | Law Office of George Donaldson |
| 2 | | By: /s/ George Donaldson |
| 3 | | George Donaldson<br>Attorneys for Plaintiffs<br>William Ambrosio, *et al.*,<br>Case No. 3:11-cv-04956-RS |
| 6 | DATED:  December 16, 2011 | Law Offices of Jeffrey A. Feldman |
| 7 | | By: /s/ Jeffrey A. Feldman |
| 8 | | Jeffrey A. Feldman<br>Attorneys for Plaintiffs<br>Michael Alvarado, *et al.*,<br>Case No. 3:11-cv-04957-RS |
| 10 | DATED:  December 16, 2011 | Hornstein Law Offices |
| 11 | | By: /s/ Val Hornstein |
| 12 | | Val Hornstein<br>Attorneys for Plaintiffs<br>William Jamison, *et al.*,<br>Case No. 3:11-cv-04958-RS |
| 15 | DATED:  December 16, 2011 | Law Offices of Jeffery J. Swanson |
| 16 | | By: /s/ Jeffery J. Swanson |
| 17 | | Jeffery J. Swanson<br>Attorneys for Plaintiffs<br>Wood River Capital Resources, LLC, *et al.*,<br>Case Number 3:11-cv-05759-RS |
| 19 | DATED:  December 16, 2011 | Law Offices of Richard S. Miller |
| 20 | | By: /s/ Richard S. Miller |
| 21 | | Richard S. Miller<br>Attorneys for Plaintiffs<br>Henry James Anderson, *et al.*,<br>Case No. 3:11-cv-5760-RS |
| 24 | DATED:  December 16, 2011 | Cappello & Noel LLP |
| 25 | | By: /s/ Troy A. Thielemann |
| 26 | | Troy A. Thielemann<br>Attorneys for Plaintiffs<br>Roseville Capital Resources, LLC, *et al.*,<br>Case No. 3:11-cv-5761-RS |

-6-
JOINT STIPULATION (1) TO RELATE CASES PURSUANT TO L.R. 3-12; AND (2) FOR AN ORDER ADOPTING SAME BRIEFING SCHEDULE AND HEARING DATE FOR ALL OF DEFENDANTS' MOTIONS TO DISMISS AND STRIKE
3:11-cv-04956-RS

SF/2635722v1

| | | |
|---|---|---|
| 1 | DATED: December 19, 2011 | Maire & Burgess |
| 2 | | By: /s/ Patrick L. Deedon |
| 3 | |    Patrick L. Deedon<br>   Attorneys for Plaintiffs<br>   Dean G. Nowacki, *et al.*, |
| 4 | |    Case No. 4:11-cv-6366-LB |

DATED: December 19, 2011            Maire & Burgess

By: /s/ Patrick L. Deedon
   Patrick L. Deedon
   Attorneys for Plaintiffs
   Oakdale Heights Redding 1, LLC, *et al.*,
   Case No. 3:11-cv-6368-JCS

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 19, 2011

By: _____
   The Honorable Richard Seeborg
U.S. District Judge, Northern District of California

-7-
JOINT STIPULATION (1) TO RELATE CASES PURSUANT TO L.R. 3-12; AND (2) FOR AN ORDER ADOPTING SAME BRIEFING SCHEDULE AND HEARING DATE FOR ALL OF DEFENDANTS' MOTIONS TO DISMISS AND STRIKE
3:11-cv-04956-RS

SF/2635722v1