*E-Filed 12/19/11*

1  **SEDGWICK LLP**
   Ralph A. Guirgis (State Bar. No. 143262)
2  ralph.guirgis@sedgwicklaw.com
   Michael L. Fox (State Bar No. 173355)
3  michael.fox@sedgwicklaw.com
   Jamison R. Narbaitz (State Bar No. 219339)
4  jamison.narbaitz@sedgwicklaw.com
   333 Bush Street, 30th Floor
5  San Francisco, CA  94104-2834
   Telephone:    415.781.7900
6  Facsimile:    415.781.2635

7  Attorneys for Defendant
   BRIT UW LIMITED
8  (sued as "Certain Underwriters at Lloyd's
   Under Policy No. B0146LDUSA701030")

9

10

11                          UNITED STATES DISTRICT COURT

12                       NORTHERN DISTRICT OF CALIFORNIA

13

14  WILLIAM AMBROSIO, *et al.*,           CASE NO.   3:11-cv-04956-RS

15          Plaintiffs,                   **JOINT STIPULATION (1) TO RELATE
                                          CASES PURSUANT TO CIVIL L.R. 3-12,**
16      v.                                **AND (2) FOR AN ORDER ADOPTING
                                          THE SAME BRIEFING SCHEDULE**
17  CERTAIN UNDERWRITERS AT LLOYD'S       **AND HEARING DATE FOR ALL OF
    UNDER POLICY NO.                       DEFENDANTS' MOTIONS TO DISMISS**
18  B0146LDUSA0701030 and DOES 1 through  **AND MOTIONS TO STRIKE**
    100, inclusive,
19
            Defendants.
20                                          CASE NO.   3:11-cv-04957-RS
    MICHAEL ALVARADO, *et al.*,
21
            Plaintiffs,
22
        v.
23
    CERTAIN UNDERWRITERS AT
24  LLOYD'S UNDER POLICY NO.
    B0146LDUSA0701030, and DOES 1-100,
25  inclusive,

26          Defendants.

27

28
                                        -1-
    JOINT STIPULATION (1) TO RELATE CASES PURSUANT TO L.R. 3-12; AND (2) FOR AN ORDER ADOPTING SAME
      BRIEFING SCHEDULE AND HEARING DATE FOR ALL OF DEFENDANTS' MOTIONS TO DISMISS AND STRIKE
                                                                              3:11-cv-04956-RS

| | |
|---|---|
| WILLIAM JAMISON, *et al.*, | CASE NO.   3:11-cv-04958-RS |
| Plaintiffs, | |
| v. | |
| CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030 and DOES 1 through 100, inclusive, | |
| Defendants. | |
| WOOD RIVER CAPITAL RESOURCES, LLC, *et al.*, | CASE NO.  3:11-cv-5759-RS |
| Plaintiffs, | |
| v. | |
| CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030 and DOES 1 through 100, | |
| Defendants. | |
| HENRY JAMES ANDERSON, *et al.* | CASE NO.  3:11-cv-5760-RS |
| Plaintiffs, | |
| v. | |
| CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030 and DOES 1 through 100, inclusive, | |
| Defendants. | |
| ROSEVILLE CAPITAL RESOURCES, LLC; *et al.*, | CASE NO.  3:11-cv-5761-RS |
| Plaintiffs, | |
| v. | |
| CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030 and DOES 1 through 100, inclusive, | |
| Defendants. | |

JOINT STIPULATION (1) TO RELATE CASES PURSUANT TO L.R. 3-12; AND (2) FOR AN ORDER ADOPTING SAME
BRIEFING SCHEDULE AND HEARING DATE FOR ALL OF DEFENDANTS' MOTIONS TO DISMISS AND STRIKE

3:11-cv-04956-RS

SF/2635722v1

| | |
|---|---|
| DEAN G. NOWACKI; *et al.*,<br><br>        Plaintiffs,<br><br>     v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030 and DOES 1 through 100, inclusive,<br><br>        Defendants. | CASE NO.  4:11-cv-6366-LB |
| OAKDALE HEIGHTS REDDING 1, LLC; *et al.*,<br><br>        Plaintiffs,<br><br>     v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030 and DOES 1 through 100, inclusive,<br><br>        Defendants. | CASE NO.  3:11-cv-6368-JCS |

Plaintiffs William Ambrosio, *et al.*, Case Number 3:11-cv-04956-RS, by and through their counsel of record, George Donaldson, Esq. from the Law Office of George Donaldson;

Plaintiffs Michael Alvarado, *et al.*, Case Number 3:11-cv-04957-RS, by and through their counsel of record, Jeffrey A. Feldman, Esq. from the Law Offices of Jeffrey A. Feldman;

Plaintiffs William Jamison, *et al.*, Case Number 3:11-cv-04958-RS, by and through their counsel of record, Val Hornstein, Esq. from the Hornstein Law Offices;

Plaintiffs Wood River Capital Resources, LLC, *et al.*, Case Number 3:11-cv-05759-RS, by and through their counsel of record, Jeffery J. Swanson, Esq. from the Law Offices of Jeffery J. Swanson;

Plaintiffs Henry James Anderson, *et al.*, Case Number 3:11-cv-5760-RS, by and through their counsel of record, Richard S. Miller, Esq. from the Law Offices of Richard S. Miller;

Plaintiffs Roseville Capital Resources, LLC, *et al.*, Case Number 3:11-cv-5761-RS, by and through their counsel of record, Troy A. Thielemann, Esq. from Cappello & Noel LLP;

1   Plaintiffs Dean G. Nowacki, *et al.*, Case Number 4:11-cv-6366-LB, presently before the

2   Honorable Laurel Beeler, by and through their counsel of record, Patrick L. Deedon, Esq. from

3   Maire & Burgess;

4   Plaintiffs Oakdale Heights Redding 1, LLC, *et al.*, Case Number 3:11-cv-6368-JCS,

5   presently before the Honorable Joseph C. Spero, by and through their counsel of record, Patrick

6   L. Deedon, Esq. from Maire & Burgess; and

7   Defendant Brit UW Limited ("Brit"), Case Numbers 3:11-cv-04956-RS; 3:11-cv-04957-

8   RS; 3:11-cv-04958-RS; 3:11-cv-05759-RS; 3:11-cv-5760-RS; 3:11-cv-5761-RS; 4:11-cv-6366-

9   LB; and 3:11-cv-6368-JCS, by and through its counsel of record, Michael L. Fox, Esq. of

10   Sedgwick LLP, hereby stipulate as follows:

11   The six actions filed by Plaintiffs William Ambrosio, *et al.*, Michael Alvarado, *et al.*,

12   William Jamison, *et al.*, Wood River Capital Resources, LLC, *et al.*, Henry James Anderson, *et*

13   *al.*, and Roseville Capital Resources, LLC, *et al.* (collectively "the Related Cases") have been

14   deemed related and are pending before the Honorable Richard Seeborg because all six concern

15   substantially the same parties, events and request for relief, so assignment to separate judges

16   would have involved unnecessary duplication of labor, cost and conflicting results.  (ECF No. 22

17   in Case No. 3:11-cv-04956-RS.)

18   Similarly, the two actions filed by Plaintiffs Dean G. Nowacki, *et al.* and Oakdale Heights

19   Redding 1, LLC, *et al.* (collectively "the New Cases") were removed to the Northern District of

20   California on December 15, 2011.  Both of the New Cases concern substantially the same parties,

21   events and request for relief as each of the other New Cases and the Related Cases.  Therefore,

22   assignment to separate judges would involve unnecessary duplication of labor, cost and

23   conflicting results.

24   Therefore, the parties, by and through their counsel of record, stipulate that the New

25   Cases should be related to each other and to the Related Cases, with the earliest filed case,

26   pursuant to Civil L.R. 3-12.

27

28

Sedgwick LLP

1    Brit has already filed Motions to Dismiss pursuant to Federal Rule of Civil Procedure

2    12(b)(6) and Motions to Strike pursuant to Federal Rule of Civil Procedure 12(f) in the Related

3    Cases.  The Court has already set the following briefing schedule for those motions:  (1) the

4    hearing on the Motions to Dismiss and the Motions to Strike filed in the six related cases is

5    scheduled for February 2, 2012, at 1:30 p.m.; (2) Plaintiffs' opposition papers to Brit's motions

6    will be due January 3, 2012; and (3) and Brit's reply papers will be due January 17, 2012.  (ECF

7    No. 22 in Case No. 3:11-cv-04956-RS.)

8    Brit anticipates filing similar Motions to Dismiss and/or Motions to Strike in the New

9    Cases.  Plaintiffs and Brit desire to establish a single hearing date relating to Defendants'

10   Motions to Dismiss and Motions to Strike filed in the New Cases and the Related Cases, to allow

11   for the filing of coordinated and/or joint opposition papers by Plaintiffs, to the extent possible, in

12   order to eliminate unnecessary duplication of labor and cost.  If Brit files its motions on or before

13   December 20, 2011, the New Cases can adopt the same briefing schedule and hearing date as

14   already set in the Related Cases (ECF No. 22 in Case No. 3:11-cv-04956-RS), without any

15   modification.

16   Therefore, the parties, by and through their counsel of record, further stipulate, subject to

17   the Court's approval, that (1) Brit shall file its Motions to Dismiss and/or Motions to Strike in the

18   New Cases no later than December 20, 2011; (2) the hearing for the Motions to Dismiss and the

19   Motions to Strike filed in all eight cases will be scheduled for February 2, 2012, at 1:30 p.m.; (3)

20   Plaintiffs' opposition papers to Brit's motions will be due January 3, 2012; and (4); and Brit's

21   reply papers will be due January 17, 2012.

22   IT SO STIPULATED.

23

24   DATED:  December 16, 2011              SEDGWICK LLP

25                                         By: /s/ Michael L. Fox
                                              Michael L. Fox
26                                            Attorneys for Defendant
                                              BRIT UW LIMITED
27                                            (sued as "Certain Underwriters at Lloyd's
                                              Under Policy No. B0146LDUSA701030")
28

Sedgwick LLP

1    DATED:  December 16, 2011            Law Office of George Donaldson

2                                     By: /s/ George Donaldson

3                                      George Donaldson
                                      Attorneys for Plaintiffs
4                                      William Ambrosio, *et al.*,
                                      Case No. 3:11-cv-04956-RS

6    DATED:  December 16, 2011            Law Offices of Jeffrey A. Feldman

7                                     By: /s/ Jeffrey A. Feldman

8                                      Jeffrey A. Feldman
                                      Attorneys for Plaintiffs
9                                      Michael Alvarado, *et al.*,
                                        Case No. 3:11-cv-04957-RS

10   DATED:  December 16, 2011            Hornstein Law Offices

11                                     By: /s/ Val Hornstein

12                                     Val Hornstein
                                      Attorneys for Plaintiffs
13                                     William Jamison, *et al.*,
                                     Case No. 3:11-cv-04958-RS

15   DATED:  December 16, 2011            Law Offices of Jeffery J. Swanson

16                                     By: /s/ Jeffery J. Swanson

17                                     Jeffery J. Swanson
                                      Attorneys for Plaintiffs
                                     Wood River Capital Resources, LLC, *et al.*,
18                                     Case Number 3:11-cv-05759-RS

19   DATED:  December 16, 2011            Law Offices of Richard S. Miller

21                                     By: /s/ Richard S. Miller
                                     Richard S. Miller
22                                     Attorneys for Plaintiffs
                                     Henry James Anderson, *et al.*,
                                     Case No. 3:11-cv-5760-RS

24   DATED:  December 16, 2011            Cappello & Noel LLP

25                                     By: /s/ Troy A. Thielemann

26                                     Troy A. Thielemann
                                     Attorneys for Plaintiffs
27                                     Roseville Capital Resources, LLC, *et al.*,
                                     Case No. 3:11-cv-5761-RS

28

SF/2635722v1

Sedgwick LLP

1 | DATED:  December 19, 2011          Maire & Burgess

2 |                                    By: /s/ Patrick L. Deedon
3 |                                       Patrick L. Deedon
  |                                       Attorneys for Plaintiffs
  |                                       Dean G. Nowacki, *et al.*,
4 |                                       Case No. 4:11-cv-6366-LB

5 |

6 | DATED:  December 19, 2011          Maire & Burgess

7 |                                    By: /s/ Patrick L. Deedon
  |                                       Patrick L. Deedon
  |                                       Attorneys for Plaintiffs
8 |                                       Oakdale Heights Redding 1, LLC, *et al.*,
9 |                                       Case No. 3:11-cv-6368-JCS

10 |

11 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

12 |

13 | DATED: December __19__, 2011       By: _____
14 |                                        The Honorable Richard Seeborg
15 |                                    U.S. District Judge, Northern District of California

SF/2635722v1