| | |
|---|---|
| 1 | GEORGE DONALDSON (SBN 79971) |
| 2 | LAW OFFICES OF<br>GEORGE DONALDSON |
| 3 | 2298 Durant Avenue<br>Berkeley, CA 94707 |
| 4 | Telephone: (510) 548-7474<br>Facsimile: (510) 548-7488 |
| 5 | Attorneys for *Ambrosio* Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WILLIAM AMBROSIO, *et al.*, | CASE NO. 3:11-cv-04956-RS |
|---|---|
| Plaintiffs, | **JOINT STIPULATION TO EXTEND PLAINTIFFS' DEADLINE TO AMEND PLEADINGS** |
| v. | |
| CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030 and DOES 1 through 100, inclusive, | |
| Defendants. | |
| MICHAEL ALVARADO, *et al.*, | CASE NO. 3:11-cv-04957-RS |
| Plaintiffs, | |
| v. | |
| CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030, and DOES 1-100, inclusive, | |
| Defendants. | |

-1-
JOINT STIPULATION TO EXTEND PLAINTIFFS' DEADLINE TO AMEND PLEADINGS
3:11-cv-04956-RS

| | |
|---|---|
| WILLIAM JAMISON, *et al.*,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030 and DOES 1 through 100, inclusive,<br><br>　　　Defendants. | CASE NO.  3:11-cv-04958-RS |
| WOOD RIVER CAPITAL RESOURCES, LLC, *et al.*,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030 and DOES 1 through 100,<br><br>　　　Defendants. | CASE NO.  3:11-cv-5759-RS |
| HENRY JAMES ANDERSON, *et al.*<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030 and DOES 1 through 100, inclusive,<br><br>　　　Defendants. | CASE NO.  3:11-cv-5760-RS |

-2-
JOINT STIPULATION TO EXTEND PLAINTIFFS' DEADLINE TO AMEND PLEADINGS
3:11-cv-04956-RS

| | | |
|---|---|---|
| 1 | ROSEVILLE CAPITAL RESOURCES, LLC; *et al.*, | CASE NO. 3:11-cv-5761-RS |
| 2 | Plaintiffs, | |
| 3 | v. | |
| 4 | CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030 and DOES 1 through 100, inclusive, | |
| 5 | | |
| 6 | | |
| 7 | Defendants. | |
| 8 | | |
| 9 | DEAN G. NOWACKI, *et al.*, | CASE NO. 3:11-cv-06366-RS |
| 10 | Plaintiffs, | |
| 11 | v. | |
| 12 | CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030 and DOES 1 through 100, inclusive, | |
| 13 | | |
| 14 | | |
| 15 | Defendants. | |
| 16 | OAKDALE HEIGHTS REDDING 1, LLC, *et al.*, | CASE NO. 3:11-cv-6368-RS |
| 17 | | |
| 18 | Plaintiffs, | |
| 19 | v. | |
| 20 | CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030 and DOES 1 through 100, | |
| 21 | | |
| 22 | Defendants. | |
| 23 | | |

Plaintiffs William Ambrosio, *et al.*, Case Number 3:11-cv-04956-RS, by and through their counsel of record, George Donaldson, Esq. from the Law Office of George Donaldson;

Plaintiffs Michael Alvarado, *et al.*, Case Number 3:11-cv-04957-RS, by and through their counsel of record, Jeffrey A. Feldman, Esq. from the Law Offices of Jeffrey A. Feldman;

-3-
JOINT STIPULATION TO EXTEND PLAINTIFFS' DEADLINE TO AMEND PLEADINGS
3:11-cv-04956-RS

1  Plaintiffs William Jamison, *et al.*, Case Number 3:11-cv-04958-RS, by and through their
2 counsel of record, Val Hornstein, Esq. from the Hornstein Law Offices;

3  Plaintiffs Wood River Capital Resources, LLC, *et al.*, Case Number 3:11-cv-05759-RS,
4 by and through their counsel of record, Jeffery J. Swanson, Esq. from the Law Offices of Jeffery
5 J. Swanson;

6  Plaintiffs Henry James Anderson, *et al.*, Case Number 3:11-cv-5760-RS, by and through
7 their counsel of record, Richard S. Miller, Esq. from the Law Offices of Richard S. Miller;

8  Plaintiffs Roseville Capital Resources, LLC, *et al.*, Case Number 3:11-cv-5761-RS, by
9 and through their counsel of record, Troy A. Thielemann, Esq. from Cappello & Noel LLP;

10  Plaintiffs Dean G. Nowacki, *et al.*, Case Number 3:11-cv-06366-RS, by and through their
11 counsel of record, Patrick L. Deedon, Esq. from Maire & Burgess;

12  Plaintiffs Oakdale Heights Redding 1, LLC, *et al.*, Case Number 3:11-cv-6368-RS, by
13 and through their counsel of record, Patrick L. Deedon, Esq. from Maire & Burgess;

14  Defendant Brit UW Limited ("Brit"), Case Numbers 3:11-cv-04956-RS; 3:11-cv-04957-
15 RS; 3:11-cv-04958-RS; 3:11-cv-05759-RS; 3:11-cv-5760-RS; 3:11-cv-5761-RS, 3:11-cv-06366-
16 RS; and 3:11-cv-06368-RS, by and through its counsel of record, Michael L. Fox, Esq. of
17 Sedgwick LLP, hereby stipulate as follows:

18  By order dated March 29, 2012, the Honorable Richard Seeborg granted Brit's motion to
19 dismiss the complaints in each of the above-referenced actions, but allowed plaintiffs 20 days to
20 file an amended complaint as follows:  "[P]laintiffs may, if they elect and have a good faith [*sic*]
21 for doing so, amend the pleadings to allege facts supporting claims that do not fall under the
22 Partial Professional Services Exclusion."  (ECF No. 41 in Case No. 3:11-cv-04956-RS, pg. 14:9-
23 10.)

24  Plaintiffs have asked Brit for an additional two weeks' time to file amended pleadings in
25 the related cases so that the pleadings could be properly coordinated, to the extent practicable,
26 and to avoid an unnecessary duplication of labor and costs.  Brit stipulates to the granting of a
27 two week extension for plaintiffs to amend their pleadings in accordance with the leave granted

28
-4-
JOINT STIPULATION TO EXTEND PLAINTIFFS' DEADLINE TO AMEND PLEADINGS
3:11-cv-04956-RS

in the March 29, 2012 Order, so that the new deadline for plaintiffs' amended pleadings will be May 2, 2012.

Therefore, the parties, by and through their counsel of record, hereby stipulate, subject to the Court's approval, that plaintiffs may file their amended complaint(s) in accordance with the March 29, 2012 Order on or before May 2, 2012.

IT SO STIPULATED.

DATED: April 16, 2012　　　　　　　　SEDGWICK LLP

By: /s/ Michael L. Fox
　　Michael L. Fox
　　Attorneys for Defendant
　　BRIT UW LIMITED
　　(sued as "Certain Underwriters at Lloyd's
　　Under Policy No. B0146LDUSA701030")

DATED: April 16, 2012　　　　　　　　Law Office of George Donaldson

By: /s/ George Donaldson
　　George Donaldson
　　Attorneys for Plaintiffs
　　William Ambrosio, *et al.*,
　　Case No. 3:11-cv-04956-RS

DATED: April 16, 2012　　　　　　　　Hornstein Law Offices

By: /s/ Val Hornstein
　　Val Hornstein
　　Attorneys for Plaintiffs
　　William Jamison, *et al.*,
　　Case No. 3:11-cv-04958-RS

DATED: April 16, 2012　　　　　　　　Law Offices of Jeffrey A. Feldman

By: /s/ Jeffrey A. Feldman
　　Jeffrey A. Feldman
　　Attorneys for Plaintiffs
　　Michael Alvarado, *et al.*,
　　Case No. 3:11-cv-04957-RS

| | | |
|---|---|---|
| 1 | DATED: April 16, 2012 | Law Offices of Jeffery J. Swanson |
| 2 | | By: /s/ Jeffery J. Swanson |
| 3 | |     Jeffery J. Swanson |

DATED: April 16, 2012          Law Offices of Jeffery J. Swanson

By: /s/ Jeffery J. Swanson
   Jeffery J. Swanson
   Attorneys for Plaintiffs
   Wood River Capital Resources, LLC, *et al.*,
   Case Number 3:11-cv-05759-RS

DATED: April 16, 2012          Law Offices of Richard S. Miller

By: /s/ Richard S. Miller
   Richard S. Miller
   Attorneys for Plaintiffs
   Henry James Anderson, *et al.*,
   Case No. 3:11-cv-5760-RS

DATED: April 16, 2012          Cappello & Noel LLP

By: /s/ Troy A. Thielemann
   Troy A. Thielemann
   Attorneys for Plaintiffs
   Roseville Capital Resources, LLC, *et al.*,
   Case No. 3:11-cv-5761-RS

DATED: April 16, 2012          Maire & Burgess

By: /s/ Patrick L. Deedon
   Patrick L. Deedon
   Attorneys for Plaintiffs
   Dean G. Nowacki, *et al.*,
   Case No. 3:11-cv-6366-RS

DATED: April 16, 2012          Maire & Burgess

By: /s/ Patrick L. Deedon
   Patrick L. Deedon
   Attorneys for Plaintiffs
   Oakdale Heights Redding 1, LLC, *et al.*,
   Case No. 3:11-cv-6368-RS

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: April 17, 2012

By: [signature]
   The Honorable Richard Seeborg
   U.S. District Judge, Northern District of California

-6-
JOINT STIPULATION TO EXTEND PLAINTIFFS' DEADLINE TO AMEND PLEADINGS
3:11-cv-04956-RS

**Certification Pursuant to General Order No. 45(X)(B)**

I, George Donaldson, certify that concurrence in the filing of the attached Joint Stipulation to Extend Plaintiffs' Deadline to Amend Pleadings has been obtained from each signatory listed.

                                        /s/George Donaldson
                                          George Donaldson