1  GEORGE DONALDSON (SBN 79971)
   LAW OFFICES OF
2  GEORGE DONALDSON
   2298 Durant Avenue
3  Berkeley, CA 94707
   Telephone: (510) 548-7474
4  Facsimile: (510) 548-7488

5  Attorneys for *Ambrosio* Plaintiffs

6

7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 | WILLIAM AMBROSIO, *et al.*, | CASE NO. 3:11-cv-04956-RS

13 | Plaintiffs, | **JOINT STIPULATION TO EXTEND PLAINTIFFS' DEADLINE TO AMEND PLEADINGS**

14 | v. |

15 | CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030 and DOES 1 through 100, inclusive, |

16 | |

17 | Defendants. |

18 | MICHAEL ALVARADO, *et al.*, | CASE NO. 3:11-cv-04957-RS

19 | Plaintiffs, |

20 | v. |

21 | |

22 | CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030, and DOES 1-100, inclusive, |

23 | |

24 | Defendants. |

25

26

27

28
-1-
JOINT STIPULATION TO EXTEND PLAINTIFFS' DEADLINE TO AMEND PLEADINGS
3:11-cv-04956-RS

| | | |
|---|---|---|
| 1 | WILLIAM JAMISON, *et al.*, | CASE NO.   3:11-cv-04958-RS |
| 2 | Plaintiffs, | |
| 3 | v. | |
| 4 | CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030 and DOES 1 through 100, inclusive, | |
| 5 | | |
| 6 | Defendants. | |
| 7 | | |
| 8 | WOOD RIVER CAPITAL RESOURCES, LLC, *et al.*, | CASE NO.  3:11-cv-5759-RS |
| 9 | Plaintiffs, | |
| 10 | v. | |
| 11 | CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030 and DOES 1 through 100, | |
| 12 | | |
| 13 | Defendants. | |
| 14 | | |
| 15 | HENRY JAMES ANDERSON, *et al.* | CASE NO.  3:11-cv-5760-RS |
| 16 | Plaintiffs, | |
| 17 | v. | |
| 18 | CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030 and DOES 1 through 100, inclusive, | |
| 19 | | |
| 20 | | |
| 21 | Defendants. | |
| 22 | | |

-2-
JOINT STIPULATION TO EXTEND PLAINTIFFS' DEADLINE TO AMEND PLEADINGS
3:11-cv-04956-RS

| | |
|---|---|
| ROSEVILLE CAPITAL RESOURCES, LLC; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030 and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO.  3:11-cv-5761-RS |
| DEAN G. NOWACKI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030 and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO.  3:11-cv-06366-RS |
| OAKDALE HEIGHTS REDDING 1, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030 and DOES 1 through 100, <br><br> Defendants. | CASE NO.  3:11-cv-6368-RS |

Plaintiffs William Ambrosio, *et al.*, Case Number 3:11-cv-04956-RS, by and through their counsel of record, George Donaldson, Esq. from the Law Office of George Donaldson;

Plaintiffs Michael Alvarado, *et al.*, Case Number 3:11-cv-04957-RS, by and through their counsel of record, Jeffrey A. Feldman, Esq. from the Law Offices of Jeffrey A. Feldman;

-3-
JOINT STIPULATION TO EXTEND PLAINTIFFS' DEADLINE TO AMEND PLEADINGS
3:11-cv-04956-RS

Plaintiffs William Jamison, *et al.*, Case Number 3:11-cv-04958-RS, by and through their counsel of record, Val Hornstein, Esq. from the Hornstein Law Offices;

Plaintiffs Wood River Capital Resources, LLC, *et al.*, Case Number 3:11-cv-05759-RS, by and through their counsel of record, Jeffery J. Swanson, Esq. from the Law Offices of Jeffery J. Swanson;

Plaintiffs Henry James Anderson, *et al.*, Case Number 3:11-cv-5760-RS, by and through their counsel of record, Richard S. Miller, Esq. from the Law Offices of Richard S. Miller;

Plaintiffs Roseville Capital Resources, LLC, *et al.*, Case Number 3:11-cv-5761-RS, by and through their counsel of record, Troy A. Thielemann, Esq. from Cappello & Noel LLP;

Plaintiffs Dean G. Nowacki, *et al.*, Case Number 3:11-cv-06366-RS, by and through their counsel of record, Patrick L. Deedon, Esq. from Maire & Burgess;

Plaintiffs Oakdale Heights Redding 1, LLC, *et al.*, Case Number 3:11-cv-6368-RS, by and through their counsel of record, Patrick L. Deedon, Esq. from Maire & Burgess;

Defendant Brit UW Limited ("Brit"), Case Numbers 3:11-cv-04956-RS; 3:11-cv-04957-RS; 3:11-cv-04958-RS; 3:11-cv-05759-RS; 3:11-cv-5760-RS; 3:11-cv-5761-RS, 3:11-cv-06366-RS; and 3:11-cv-06368-RS, by and through its counsel of record, Michael L. Fox, Esq. of Sedgwick LLP, hereby stipulate as follows:

By order dated March 29, 2012, the Honorable Richard Seeborg granted Brit's motion to dismiss the complaints in each of the above-referenced actions, but allowed plaintiffs 20 days to file an amended complaint as follows:  "[P]laintiffs may, if they elect and have a good faith [*sic*] for doing so, amend the pleadings to allege facts supporting claims that do not fall under the Partial Professional Services Exclusion."  (ECF No. 41 in Case No. 3:11-cv-04956-RS, pg. 14:9-10.)

Plaintiffs have asked Brit for an additional two weeks' time to file amended pleadings in the related cases so that the pleadings could be properly coordinated, to the extent practicable, and to avoid an unnecessary duplication of labor and costs.  Brit stipulates to the granting of a two week extension for plaintiffs to amend their pleadings in accordance with the leave granted

-4-
JOINT STIPULATION TO EXTEND PLAINTIFFS' DEADLINE TO AMEND PLEADINGS
3:11-cv-04956-RS

in the March 29, 2012 Order, so that the new deadline for plaintiffs' amended pleadings will be May 2, 2012.

Therefore, the parties, by and through their counsel of record, hereby stipulate, subject to the Court's approval, that plaintiffs may file their amended complaint(s) in accordance with the March 29, 2012 Order on or before May 2, 2012.

IT SO STIPULATED.

DATED: April 16, 2012           SEDGWICK LLP

                                By: /s/ Michael L. Fox
                                    Michael L. Fox
                                    Attorneys for Defendant
                                    BRIT UW LIMITED
                                    (sued as "Certain Underwriters at Lloyd's
                                    Under Policy No. B0146LDUSA701030")


DATED: April 16, 2012           Law Office of George Donaldson

                                By: /s/ George Donaldson
                                    George Donaldson
                                    Attorneys for Plaintiffs
                                    William Ambrosio, *et al.*,
                                    Case No. 3:11-cv-04956-RS


DATED: April 16, 2012           Hornstein Law Offices

                                By: /s/ Val Hornstein
                                    Val Hornstein
                                    Attorneys for Plaintiffs
                                    William Jamison, *et al.*,
                                    Case No. 3:11-cv-04958-RS


DATED: April 16, 2012           Law Offices of Jeffrey A. Feldman

                                By: /s/ Jeffrey A. Feldman
                                    Jeffrey A. Feldman
                                    Attorneys for Plaintiffs
                                    Michael Alvarado, *et al.*,
                                    Case No. 3:11-cv-04957-RS

DATED:  April 16, 2012              Law Offices of Jeffery J. Swanson

                                    By: /s/ Jeffery J. Swanson
                                        Jeffery J. Swanson
                                        Attorneys for Plaintiffs
                                        Wood River Capital Resources, LLC, *et al.*,
                                        Case Number 3:11-cv-05759-RS

DATED:  April 16, 2012              Law Offices of Richard S. Miller

                                    By: /s/ Richard S. Miller
                                        Richard S. Miller
                                        Attorneys for Plaintiffs
                                        Henry James Anderson, *et al.*,
                                        Case No. 3:11-cv-5760-RS

DATED:  April 16, 2012              Cappello & Noel LLP

                                    By: /s/ Troy A. Thielemann
                                        Troy A. Thielemann
                                        Attorneys for Plaintiffs
                                        Roseville Capital Resources, LLC, *et al.*,
                                        Case No. 3:11-cv-5761-RS

DATED:  April 16, 2012              Maire & Burgess

                                    By: /s/ Patrick L. Deedon
                                        Patrick L. Deedon
                                        Attorneys for Plaintiffs
                                        Dean G. Nowacki, *et al.*,
                                        Case No. 3:11-cv-6366-RS

DATED:  April 16, 2012              Maire & Burgess

                                    By: /s/ Patrick L. Deedon
                                        Patrick L. Deedon
                                        Attorneys for Plaintiffs
                                        Oakdale Heights Redding 1, LLC, *et al.*,
                                        Case No. 3:11-cv-6368-RS

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: April 17, 2012               By: [signature]
                                        The Honorable Richard Seeborg
                                        U.S. District Judge, Northern District of California

-6-
JOINT STIPULATION TO EXTEND PLAINTIFFS' DEADLINE TO AMEND PLEADINGS
3:11-cv-04956-RS

**Certification Pursuant to General Order No. 45(X)(B)**

I, George Donaldson, certify that concurrence in the filing of the attached Joint Stipulation to Extend Plaintiffs' Deadline to Amend Pleadings has been obtained from each signatory listed.

/s/George Donaldson
George Donaldson