Richard S. Miller (SBN 63760)
Caroline E. Gegg (SBN 179061)
LAW OFFICES OF RICHARD S. MILLER
1600 S. Main Street, Ste. 230
Walnut Creek, California 94596
Telephone: (925) 926-0500
Facsimile:  (925) 926-0355

Attorneys for Plaintiffs ANDERSON *ET AL*.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM AMBROSIO, an individual, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030, and DOES 1 through 100, inclusive, <br><br> Defendants. | 3:11-cv-04956-RS <br><br> **JOINT STIPULATION FOR ORDER MODIFYING HEARING DATE AND BRIEFING SCHEDULE RELATING TO DEFENDANT'S MOTION TO DISMISS** <br><br> Judge:  Hon. Richard Seeborg. |
| WILLIAM JAMISON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA070130, and DOES 1 through 100, <br><br> Defendants. | 3:11-cv-04958-RS |

| | | |
|---|---|---|
| HENRY JAMES ANDERSON, *et al.*, | ) | 3:11-cv-05760-RS |
| Plaintiffs, | ) | |
| v. | ) | |
| CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030, and DOES 1-100, inclusive, | ) | |
| Defendants. | ) | |
| ROSEVILLE CAPITAL RESOURCES, LLC *et al.*, | ) | 4:11-cv-05761-RS |
| Plaintiffs, | ) | |
| v. | ) | |
| CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030, and DOES 1-100, inclusive, | ) | |
| Defendants. | ) | |
| DEAN NOWACKI, *et al.*, | ) | 4:11-cv-06366-RS |
| Plaintiffs, | ) | |
| v. | ) | |
| CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030, and DOES 1-100, inclusive, | ) | |
| Defendants. | ) | |

Stipulation for Order Modifying Hearing Date and Briefing Schedule Relating to Defendant's Motion to Dismiss

| | |
|---|---|
| OAKDALE HEIGHTS REDDING 1, LLC, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030, and DOES 1-100, inclusive,<br><br>　　　　　Defendants. | 4:11-cv-6368-RS |

　　　　Plaintiffs William Ambrosio, *et al.*, Case Number 3:11-cv-04956-RS, by and through their counsel of record, George Donaldson, Esq. from the Law Office of George Donaldson;

　　　　Plaintiffs William Jamison, *et al.*, Case Number 3:11-cv-04958-RS, by and through their counsel of record, Val Hornstein, Esq. from the Hornstein Law Offices;

　　　　Plaintiffs Henry James Anderson, *et al.*, Case Number 3:11-cv-5760-RS, by and through their counsel of record, Richard S. Miller, Esq. from the Law Offices of Richard S. Miller;

　　　　Plaintiffs Roseville Capital Resources, LLC, *et al.*, Case Number 4:11-cv-5761-RS, by and through their counsel of record, Troy A. Thielemann, Esq. from Cappello & Noel LLP;

　　　　Plaintiffs Dean G. Nowacki *et al.*, Case No. 4:11-cv-6366-RS, by and through their counsel of record, Patrick Deedon, Esq. from Maire & Burgess; and

　　　　Plaintiffs Oakdale Heights Redding,1, LLC, Case No. 4:11-cv-6368-RS, by and through their counsel of record, Patrick Deedon, Esq. from Maire & Burgess; and

　　　　Defendant Brit UW Limited ("Brit"), Case Numbers 3:11-cv-04956-RS; 3:11-cv-04958-RS; 3:11-cv-5760-RS; 4:11-cv-5761-RS;  4:11-cv-6366-RS and 4:11-cv-6368, by and through its counsel of record, Michael L. Fox, Esq. of Sedgwick LLP, hereby stipulate as follows.

　　　　Given the critical nature of the pleading, which is a Motion to Dismiss, Plaintiffs believe they need additional time to consider and research the issues.  A previous modification occurred in April 2012, when Defendant Brit agreed to Plaintiffs' request for a two week extension of time to file First Amended Complaints, which was effected by the parties entering into a Stipulation and

1 approved in an order by this Court.

2     Pursuant to Plaintiffs' request for additional time, Plaintiffs and Defendant Brit have agreed to modify the hearing date, which is currently set for June 28, 2012, and the related briefing schedule regarding Defendant Brit's Motion to Dismiss.  Therefore, the parties stipulate by and through their counsel of record, subject to the Court's approval, that (1) Plaintiffs shall file and serve their Opposition to Brit's Motion to Dismiss by June 13, 2012; (2) Brit shall file any Reply by June 27, 2012; and (3) the hearing date shall be July 12, 2012, at 1:30 p.m. before the Honorable Richard Seeborg in the above-referenced Court.

    This Stipulation will not alter any other date, event or deadline fixed by the Court.

**IT SO STIPULATED.**

DATED:  May 24, 2012        SEDGWICK LLP

        By: /s/ Michael L. Fox
            Michael L. Fox
            Attorneys for Defendant
            BRIT UW LIMITED
            (sued as "Certain Underwriters at Lloyd's
            Under Policy No. B0146LDUSA701030")

DATED:  May 24, 2012        Law Offices of George Donaldson

        By: /s/ George Donaldson
            George Donaldson
            Attorneys for Plaintiffs
            William Ambrosio, *et al.*,
            Case No. 3:11-cv-04956-RS

DATED:  May 24, 2012        Hornstein Law Offices

        By: /s/ Val Hornstein
            Val Hornstein
            Attorneys for Plaintiffs
            William Jamison, *et al.*,
            Case No. 3:11-cv-04958-RS

DATED: May 24, 2011           Law Offices of Richard S. Miller

                              By: /s/ Richard S. Miller
                                  Richard S. Miller
                                  Attorneys for Plaintiffs
                                  Henry James Anderson, *et al.*,
                                  Case No. 3:11-cv-5760-RS

DATED: May 24, 2012           Cappello & Noel LLP

                              By: /s/ Troy A. Thielemann
                                  Troy A. Thielemann
                                  Attorneys for Plaintiffs
                                  Roseville Capital Resources, LLC, *et al.*,
                                  Case No. 4:11-cv-5761-RS

DATED: May 24, 2012           Maire & Burgess

                              By: /s/ Patrick Deedon
                                  Patrick Deedon
                                  Attorneys for Dean Nowacki
                                  Dean Nowacki et. al
                                  Case No. 4:11-cv-6366-RS

DATED: May 24, 2012           Maire & Burgess

                              By: /s/ Patrick Deedon
                                  Patrick Deedon
                                  Attorneys for Plaintiffs
                                  Oakdale Heights Redding 1, LLC
                                  Case No. 4:11-cv-6368-RS

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: May 25, 2012
                              By: [signature]
                                  The Honorable Richard Seeborg
                                  U.S. District Judge, Northern District of California

Stipulation for Order Modifying Hearing Date and Briefing Schedule Relating to Defendant's Motion to Dismiss