Richard S. Miller (SBN 63760)
Caroline E. Gegg (SBN 179061)
LAW OFFICES OF RICHARD S. MILLER
1600 S. Main Street, Ste. 230
Walnut Creek, California 94596
Telephone: (925) 926-0500
Facsimile:  (925) 926-0355

Attorneys for Plaintiffs ANDERSON *ET AL.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM AMBROSIO, an individual, *et al.*, | 3:11-cv-04956-RS |
| Plaintiffs, | **JOINT STIPULATION FOR ORDER MODIFYING HEARING DATE AND BRIEFING SCHEDULE RELATING TO DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030, and DOES 1 through 100, inclusive, | Judge:  Hon. Richard Seeborg. |
| Defendants. | |
| WILLIAM JAMISON, *et al.*, | 3:11-cv-04958-RS |
| Plaintiffs, | |
| v. | |
| CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA070130, and DOES 1 through 100, | |
| Defendants. | |

- 1 -

Stipulation for Order Modifying Hearing Date and Briefing Schedule Relating to Defendant's Motion to Dismiss

| | | |
|---|---|---|
| HENRY JAMES ANDERSON, *et al.*, | ) | 3:11-cv-05760-RS |
| Plaintiffs, | ) | |
| v. | ) | |
| CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030, and DOES 1-100, inclusive, | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| ROSEVILLE CAPITAL RESOURCES, LLC *et al.*, | ) | 4:11-cv-05761-RS |
| Plaintiffs, | ) | |
| v. | ) | |
| CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030, and DOES 1-100, inclusive, | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| DEAN NOWACKI, *et al.*, | ) | 4:11-cv-06366-RS |
| Plaintiffs, | ) | |
| v. | ) | |
| CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030, and DOES 1-100, inclusive, | ) | |
| Defendants. | ) | |

Stipulation for Order Modifying Hearing Date and Briefing Schedule Relating to Defendant's Motion to Dismiss

| | |
|---|---|
| OAKDALE HEIGHTS REDDING 1, LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030, and DOES 1-100, inclusive,<br><br>Defendants. | 4:11-cv-6368-RS |

Plaintiffs William Ambrosio, *et al.*, Case Number 3:11-cv-04956-RS, by and through their counsel of record, George Donaldson, Esq. from the Law Office of George Donaldson;

Plaintiffs William Jamison, *et al.*, Case Number 3:11-cv-04958-RS, by and through their counsel of record, Val Hornstein, Esq. from the Hornstein Law Offices;

Plaintiffs Henry James Anderson, *et al.*, Case Number 3:11-cv-5760-RS, by and through their counsel of record, Richard S. Miller, Esq. from the Law Offices of Richard S. Miller;

Plaintiffs Roseville Capital Resources, LLC, *et al.*, Case Number 4:11-cv-5761-RS, by and through their counsel of record, Troy A. Thielemann, Esq. from Cappello & Noel LLP;

Plaintiffs Dean G. Nowacki *et al.*, Case No. 4:11-cv-6366-RS, by and through their counsel of record, Patrick Deedon, Esq. from Maire & Burgess; and

Plaintiffs Oakdale Heights Redding,1, LLC, Case No. 4:11-cv-6368-RS, by and through their counsel of record, Patrick Deedon, Esq. from Maire & Burgess; and

Defendant Brit UW Limited ("Brit"), Case Numbers 3:11-cv-04956-RS; 3:11-cv-04958-RS; 3:11-cv-5760-RS; 4:11-cv-5761-RS; 4:11-cv-6366-RS and 4:11-cv-6368, by and through its counsel of record, Michael L. Fox, Esq. of Sedgwick LLP, hereby stipulate as follows.

Given the critical nature of the pleading, which is a Motion to Dismiss, Plaintiffs believe they need additional time to consider and research the issues. A previous modification occurred in April 2012, when Defendant Brit agreed to Plaintiffs' request for a two week extension of time to file First Amended Complaints, which was effected by the parties entering into a Stipulation and

approved in an order by this Court.

Pursuant to Plaintiffs' request for additional time, Plaintiffs and Defendant Brit have agreed to modify the hearing date, which is currently set for June 28, 2012, and the related briefing schedule regarding Defendant Brit's Motion to Dismiss. Therefore, the parties stipulate by and through their counsel of record, subject to the Court's approval, that (1) Plaintiffs shall file and serve their Opposition to Brit's Motion to Dismiss by June 13, 2012; (2) Brit shall file any Reply by June 27, 2012; and (3) the hearing date shall be July 12, 2012, at 1:30 p.m. before the Honorable Richard Seeborg in the above-referenced Court.

This Stipulation will not alter any other date, event or deadline fixed by the Court.

**IT SO STIPULATED.**

DATED: May 24, 2012                    SEDGWICK LLP

                                                       By: /s/ Michael L. Fox
                                                         Michael L. Fox
                                                         Attorneys for Defendant
                                                         BRIT UW LIMITED
                                                        (sued as "Certain Underwriters at Lloyd's
                                                        Under Policy No. B0146LDUSA701030")

DATED: May 24, 2012                    Law Offices of George Donaldson

                                                       By: /s/ George Donaldson
                                                        George Donaldson
                                                        Attorneys for Plaintiffs
                                                        William Ambrosio, *et al.*,
                                                        Case No. 3:11-cv-04956-RS

DATED: May 24, 2012                    Hornstein Law Offices

                                                       By: /s/ Val Hornstein
                                                        Val Hornstein
                                                        Attorneys for Plaintiffs
                                                        William Jamison, *et al.*,
                                                        Case No. 3:11-cv-04958-RS

DATED: May 24, 2011					Law Offices of Richard S. Miller

							By: /s/ Richard S. Miller
							     Richard S. Miller
							     Attorneys for Plaintiffs
							     Henry James Anderson, *et al.*,
							     Case No. 3:11-cv-5760-RS


DATED: May 24, 2012					Cappello & Noel LLP

							By: /s/ Troy A. Thielemann
							      Troy A. Thielemann
							      Attorneys for Plaintiffs
							      Roseville Capital Resources, LLC, *et al.*,
							      Case No. 4:11-cv-5761-RS


DATED: May 24, 2012					Maire & Burgess

							By: /s/ Patrick Deedon
							     Patrick Deedon
							     Attorneys for Dean Nowacki
							     Dean Nowacki et. al
							     Case No. 4:11-cv-6366-RS


DATED: May 24, 2012					Maire & Burgess

							By: /s/ Patrick Deedon
							     Patrick Deedon
							     Attorneys for Plaintiffs
							     Oakdale Heights Redding 1, LLC
							     Case No. 4:11-cv-6368-RS


PURSUANT TO STIPULATION, IT IS SO ORDERED


DATED: May  25, 2012

							By: _____
							       The Honorable Richard Seeborg
							    U.S. District Judge, Northern District of California

---

- 5 -

Stipulation for Order Modifying Hearing Date and Briefing Schedule Relating to Defendant's Motion to Dismiss