IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| WILLIAM AMBROSIO, *et al.*, | No. C 11-04956 RS |
| | No. C 11-04958 RS |
| Plaintiffs, | No. C 11-05760 RS |
| | No. C 11-05761 RS |
| v. | No. C 11-06366 RS |
| | No. C 11-06368 RS |
| CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030 *and* DOES 1-100, *inclusive*, | **ORDER SCHEDULING HEARING ON MOTIONS TO DISMISS** |
| Defendants. _____ / | |
| AND RELATED ACTIONS _____ / | |

Defendant's pending motions to dismiss in these related six actions were originally taken under submission without oral argument pursuant to Civil Local Rule 7-1(b). Upon further review, the Court hereby orders the parties to appear for a hearing on the motions at 1:30 p.m. on Thursday, August 9, 2012 in Courtroom 3, 17th Floor, 450 Golden Gate Avenue, in San Francisco, California. No further briefing is expected, however, the parties may wish to prepare to address the following matters:

1. The holding of *Pacific Gas & Elec. Co. v. G. W. Thomas Drayage & Rigging Co.*, 69 Cal. 2d 33 (1968).

2. Accepting, for purposes of argument, the *Jamison* plaintiffs' interpretation of the Partial Professional Services Exclusion as it applies to the ePlanning subsidiaries, what distinguishes a "direct" connection from an "indirect" connection? How does the asserted distinction apply to the alleged facts?

3. Is consolidation appropriate for future proceedings?

IT IS SO ORDERED.

United States District Court
For the Northern District of California

1

2   Dated: 7-27-12

3

4   _____
    RICHARD SEEBORG
    UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

ORDER
NO. C 11-04956
AND RELATED ACTIONS