UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WILLIAM AMBROSIO, et al., | |
|---|---|
| Plaintiffs, | Case No. 11-cv-04956-RS |
| v. | |
| CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030, | **CASE MANAGEMENT SCHEDULING ORDER** |
| Defendant. | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on June 25, 2015. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. DEFENDANTS' RESPONSIVE PLEADING.

The deadline for defendants to file a responsive pleading to plaintiffs' complaint is July 15, 2015.

2. DISCOVERY.

Absent an agreement of the parties to the contrary, discovery shall not commence prior to August 27, 2015. All non-expert discovery shall be completed on or before January 14, 2016.

3. EXPERT WITNESSES.

The disclosure and discovery of expert witnesses shall proceed as follows:

    a. On or before January 28, 2016, parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

    b. On or before February 11, 2016, parties will designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

      c. On or before February 25, 2016, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

4. **FURTHER CASE MANAGEMENT CONFERENCE.**

A Further Case Management Conference shall be held on **August 27, 2015 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

5. **PRETRIAL MOTIONS.**

All dispositive pretrial motions must be filed and served pursuant to Civil Local Rule 7. All pretrial motions shall be heard no later than January 14, 2016.

6. **PRETRIAL CONFERENCE.**

The final pretrial conference will be held on **March 3, 2016 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Each party or lead counsel who will try the case shall attend personally.

7. **TRIAL DATE.**

A jury trial shall commence on **March 21, 2016 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED**.

Dated: June 25, 2015

_____
RICHARD SEEBORG
United States District Judge