UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM AMBROSIO, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030,<br><br>　　　　Defendant. | Case No. 11-cv-04956-RS<br><br>**ORDER OPENING DISCOVERY PERIOD AND CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　　The scheduling order in this matter provided that, "[a]bsent an agreement of the parties to the contrary, discovery shall not commence prior to August 27, 2015." The parties have now agreed to begin exchanging discovery. They are free to do so.

　　　　Discovery disputes will be referred to a Magistrate Judge. After the parties have met and conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute. Up to 12 pages of attachments may be added. The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings >Motions--General > Discovery Letter Brief." The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

　　　　The Case Management Conference previously scheduled for August 27, 2015 is continued to November 5, 2015 at 10:00 a.m. in Courtroom 3, 17th Floor, San Francisco. A joint Case Management Statement must be filed on or before October 29, 2015.

**IT IS SO ORDERED**.

Dated: August 21, 2015

_____
RICHARD SEEBORG
United States District Judge