**SEDGWICK LLP**
Ralph A. Guirgis (State Bar. No. 143262)
ralph.guirgis@sedgwicklaw.com
Michael L. Fox (State Bar No. 173355)
michael.fox@sedgwicklaw.com
Jenni K. Katzer (State Bar No. 253684)
jenni.katzer@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Tel.:   415.781.7900 / Fax:   415.781.2635

Attorneys for Defendant
BRIT UW LIMITED
(sued as "Certain Underwriters at Lloyd's
Under Policy No. B0146LDUSA701030")

**LAW OFFICES OF GEORGE DONALDSON**
George Donaldson (State Bar No. 77971)
info@logdlaw.com
2298 Durant Avenue
Berkeley, CA 94707
Tel.:   510.548.7474 / Fax:   510.548.7488

Attorneys for Plaintiffs
WILLIAM AMBROSIO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM AMBROSIO, an individual; et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030 and DOES 1 through 100, inclusive,<br><br>   Defendants. | CASE NO.  3:11-cv-04956-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER SETTING BRIEFING SCHEDULE RE PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

Plaintiffs William Ambrosio, et al. (collectively, "*Ambrosio* Plaintiffs" or "Plaintiffs") and Defendant Brit UW Limited ("Brit" or "Defendant") (sued as "Certain Underwriters at Lloyd's Under Policy No. B0146LDUSA701030"), by their attorneys of record, **AGREE AND STATE AS FOLLOWS:**

82475623v1

-1-

3:11-cv-04956-RS
STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE RE PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT

A. On November 5, 2015, the Parties appeared at the Case Management Conference, whereby the Dispositive Motions Hearing was continued to January 21, 2016 (ECF No. 78);

B. Both the Plaintiffs and Defendants intend to file cross-motions for summary judgment; and

C. The current briefing schedule will coincide with the holiday season.

In light of the foregoing, the parties have agreed to the following briefing schedule and **STIPULATE AS FOLLOWS:**

1. The last day to file cross-motions for summary judgment shall be December 10, 2015;

2. The last day for opposition briefs to the cross-motions is December 24, 2015;

3. The last day for reply briefs to the cross-motions is January 7, 2016; and

4. The hearing on both cross-motions for summary judgment shall be set for January 21, 2016, at 1:30 p.m or alternatively, at a later date that is convenient to this Court.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED:  November 11, 2015        SEDGWICK LLP

By: /s/ *Jenni K. Katzer*
    Michael L. Fox
    Jenni K. Katzer
    Attorneys for Defendant
    BRIT UW LIMITED (sued as "Certain Underwriters at Lloyd's Under Policy No. B0146LDUSA0701030")

DATED: November 11, 2015        LAW OFFICES OF GEORGE DONALDSON

By:  /s/ *George Donaldson*
    George Donaldson
    Attorney for Plaintiffs
    WILLIAM AMBROSIO, et al.

## ATTESTATION

I, Jenni K. Katzer, am the ECF user whose User ID and Password are being used to file the STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE RE PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT. In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from signatory George Donaldson.

Dated:   November 11, 2015                         SEDGWICK LLP

                                         BY:    /s/ *Jenni K. Katzer*
                                                Jenni K. Katzer

# [~~PROPOSED~~] ORDER

Pursuant to the stipulation, it is ordered as follows:

1. The last day to file cross-motions for summary judgment shall be December 10, 2015;

2. The last day for opposition briefs to the cross-motions is December 24, 2015;

3. The last day for reply briefs to the cross-motions is January 7, 2016; and

4. The hearing on both cross-motions for summary judgment shall be ~~[select one]~~ [_X_] January 21, 2016, at 1:30 p.m; or ~~[___] _____, 2016 at _____~~.

**IT IS SO ORDERED.**

Dated: 11/12/15

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE