**SEDGWICK LLP**
Ralph A. Guirgis (State Bar. No. 143262)
ralph.guirgis@sedgwicklaw.com
Michael L. Fox (State Bar No. 173355)
michael.fox@sedgwicklaw.com
Jenni K. Katzer (State Bar No. 253684)
jenni.katzer@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Tel.:   415.781.7900 / Fax:   415.781.2635

Attorneys for Defendant
BRIT UW LIMITED
(sued as "Certain Underwriters at Lloyd's
Under Policy No. B0146LDUSA701030")

**LAW OFFICES OF GEORGE DONALDSON**
George Donaldson (State Bar No. 77971)
info@logdlaw.com
2298 Durant Avenue
Berkeley, CA 94707
Tel.:   510.548.7474 / Fax:   510.548.7488

Attorneys for Plaintiffs
WILLIAM AMBROSIO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM AMBROSIO, an individual; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030 and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.  3:11-cv-04956-RS<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR THE PARTIES JOINT APPENDIX OF EXHIBITS AND REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

Plaintiffs William Ambrosio, et al. (collectively, "*Ambrosio* Plaintiffs" or "Plaintiffs") and Defendant Brit UW Limited ("Brit" or "Defendant") (sued as "Certain Underwriters at Lloyd's Under Policy No. B0146LDUSA701030"), by their attorneys of record, **AGREE AND STATE AS FOLLOWS:**

A. Both the Plaintiffs and Defendant intended to file cross-motions for summary judgment on December 10, 2015, the last day for filing dispositive motions;

B. Plaintiffs and Defendant anticipated having to file extensive documents in support of their cross-motions and, for the Court's benefit, have agreed to coordinate their exhibits; and

C. Plaintiffs and Defendants have collaborated on a Joint Appendix of Exhibits and a Joint Request for Judicial Notice but, at the last minute, disagreed on the extent to which the exhibits can be/need to be highlighted.

After discussion with the Court's legal research attorney, Plaintiffs and Defendants have agreed and **STIPULATE AS FOLLOWS:**

1. Defendant will provide electronic copies of its highlighted exhibits to Plaintiffs immediately after the Court's execution of this Stipulation and [Proposed] Order, after which Plaintiffs will add their marks and annotations to the exhibits;

2. If Plaintiffs provide Defendants their annotations before the end of the day on Monday, December 14, 2015, then Defendants will file the Joint Appendix of Exhibits and Request for Judicial Notice on Tuesday, December 15, 2015;

3. If Plaintiffs have not provided Defendants with their annotations before the end of the day on Monday, December 14, 2015, then Plaintiffs will file the Joint Appendix of Exhibits and Request for Judicial Notice on Tuesday, December 15, 2015; and

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

4. The filing of the Joint Appendix of Exhibits and Request for Judicial Notice shall be deemed timely and shall not prejudice the parties' cross-motions for summary judgment.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: December 10, 2015        SEDGWICK LLP

By: /s/ *Michael L. Fox*
    Michael L. Fox
    Jenni K. Katzer
    Attorneys for Defendant
    BRIT UW LIMITED (sued as "Certain Underwriters at Lloyd's Under Policy No. B0146LDUSA0701030")

DATED: December 10, 2015        LAW OFFICES OF GEORGE DONALDSON

By: /s/ *George Donaldson*
    George Donaldson
    Attorney for Plaintiffs
    WILLIAM AMBROSIO, et al.

**IT IS SO ORDERED.**

Dated: 12/10/15

    HON. RICHARD SEEBORG
    UNITED STATES DISTRICT JUDGE

**<u>ATTESTATION</u>**

I, Michael L. Fox, am the ECF user whose User ID and Password are being used to file the STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE RE PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT. In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from signatory George Donaldson.

Dated: December 10, 2015        SEDGWICK LLP

BY: /s/ *Michael L. Fox*
    Michael L. Fox