IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| William Ambrosio, et al., | No. C 11-04956 RS |
|       Plaintiffs, | **STANDBY ORDER OF DISMISSAL** |
| vs. | |
| Certain Underwriters at Lloyd's Under Policy No. B0146LDUSA0701030, | |
|       Defendants. | |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **March 21, 2016**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **March 24, 2016 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: January 19, 2016

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE