**SEDGWICK LLP**
Ralph A. Guirgis (State Bar. No. 143262)
ralph.guirgis@sedgwicklaw.com
Michael L. Fox (State Bar No. 173355)
michael.fox@sedgwicklaw.com
Jenni K. Katzer (State Bar No. 253684)
jenni.katzer@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Tel.:   415.781.7900 / Fax:   415.781.2635

Attorneys for Defendant
BRIT UW LIMITED
(sued as "Certain Underwriters at Lloyd's
Under Policy No. B0146LDUSA701030")

**LAW OFFICES OF GEORGE DONALDSON**
George Donaldson (State Bar No. 77971)
info@logdlaw.com
2298 Durant Avenue
Berkeley, CA 94707
Tel.:   510.548.7474 / Fax:   510.548.7488

Attorneys for Plaintiffs
WILLIAM AMBROSIO, et al.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM AMBROSIO, an individual; et al., | Case No. 3:11-cv-04956-RS |
| Plaintiffs, | The Hon. Richard Seeborg |
| v. | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |
| CERTAIN UNDERWRITERS AT LLOYDS'S UNDER POLICY NO. B0146LDUSA701030 and DOES 1 through 100, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by the parties, Plaintiffs William Ambrosio, et al. and Defendant Brit UW Limited (sued as "Certain Underwriters at Lloyd's Under Policy No. B0146LDUSA701030"), that pursuant to Rule 41(a)(1) of the Federal Rules of Civil

/ / /

1  Procedure, the above-captioned case shall be DISMISSED with prejudice and without an award of
2  costs or fees to any party.
3
4      **IT IS SO STIPULATED.**
5                                                    Respectfully submitted,
6  DATED:  March 17, 2016                  SEDGWICK LLP
7
                                            By: /s/ *Jenni K. Katzer*
8                                              Michael L. Fox
                                               Jenni K. Katzer
9                                              Attorneys for Defendant
                                               BRIT UW LIMITED (sued as "Certain
10                                             Underwriters at Lloyd's Under Policy No.
                                               B0146LDUSA0701030")
11
   DATED: March 17, 2016                   LAW OFFICES OF GEORGE DONALDSON
12
                                            By:  /s/ *George Donaldson*
13                                             George Donaldson
                                               Attorney for Plaintiffs
14                                             WILLIAM AMBROSIO, et al.

15                            **ATTESTATION**
16
17     I, Jenni K. Katzer, am the ECF user whose User ID and Password are being used to file the
18 **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**.  In compliance with General
19 Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from
20 signatory George Donaldson.
21
22 Dated:   March 17, 2016                   SEDGWICK LLP
23
                                     BY:   /s/ *Jenni K. Katzer*
24                                         Jenni K. Katzer
25
26
27
28

**[~~PROPOSED~~] ORDER**

Pursuant to the stipulation, it is ordered as follows:

The above-captioned case is hereby DISMISSED with prejudice and without an award of costs or fees to any party.

**IT IS SO ORDERED.**

Dated: 3/17/16

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE